# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAROD J. WORTHEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AFTERMATH, INC.,<br><br>　　　　　　Defendant. | Case No.  2:11-cv-00344-RLH-CWH<br><br>**ORDER**<br><br>**Motion Request for Telephonic Appearance at Early Neutral Evaluation - #25** |

　　　　This matter is before the Court on Defendant's Request for Telephonic Appearance at Early Neutral Evaluation (#25), filed September 28, 2011.  Pursuant to this Request and the telephonic conference between the undersigned ENE judge, the plaintiff and counsel for the defendant, the ENE scheduled for October 5, 2011 shall be continued until after the decision on Defendant's Motion to Dismiss and Plaintiff's Motion to Amend Complaint.  Pursuant to the letter the Court received from Defendant's counsel, Defendant is agreeable to reimbursing Plaintiff his non refundable air fare and hotel accommodations.  Accordingly,

　　　　**IT IS ORDERED** the Early Neutral Evaluation session set for October 5, 2011 is vacated.

　　　　**IT IS FURTHER ORDERED** that Defendant shall reimburse Plaintiff the following non-refundable expenses by **October 14, 2011**:  (1) Air fare:  $75.00 and (2) hotel accommodations: $109.32, for a total of $184.32.

　　　　DATED this 30th day of September, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ George Foley Jr._____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge